IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LED WAFER SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG AUSTIN SEMICONDUCTOR, LLC, AND<br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>        Defendants. | Civil Action No. 2:25-cv-00948 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND
<u>WAIVER OF SERVICE REQUIREMENT</u>**

    Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Austin Semiconductor, LLC (collectively, "Samsung"), without waiving any defenses described or referred to in Federal Rule of Civil Procedure 12, move the Court to extend the time within which Samsung is required to move, answer, or otherwise respond to Plaintiff's Complaint. In support of its Motion, Samsung states as follows:

    1.    On September 15, 2025, Plaintiff filed its Complaint alleging patent infringement against Samsung and Seoul Semiconductor Co., Ltd. ("SSC").

    2.    Samsung has not yet been served.

    3.    Counsel for Samsung has agreed to waive service under the Hague Convention for Samsung Electronics Co., Ltd., a foreign entity, in exchange for a 90-day extension of time for Samsung to answer or otherwise plead by February 23, 2026. Counsel for Samsung has also agreed

1

to waive service on Samsung Electronics America, Inc., and Samsung Austin Semiconductor, LLC, in exchange for the same 90-day extension of time.

4.  Samsung's agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Samsung's right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents, or to seek Rule 11 sanctions.

WHEREFORE, Samsung respectfully requests that the time in which it is required to move, answer, or otherwise respond to Plaintiff's Complaint for Patent Infringement be extended up to and including February 23, 2026.

Dated: November 24, 2025

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendants*
*Samsung Electronics Co., Ltd.,*
*Samsung Electronics America, Inc., and Samsung*
*Austin Semiconductor, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 24th day of November, 2025.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Samsung met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

*/s/ Melissa R. Smith*
Melissa R. Smith